AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| MICHAEL SHARF, individually and on behalf of all others similarly situated | ) ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| FINANCIAL ASSET RESOLUTION, LLC | ) ) ) |
| *Defendant* | ) |

Civil Action No.

**13-61615-CV-Cohn/Seltzer**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FINANCIAL ASSET RESOLUTION, LLC
c/o Austin C. Mansur
875 N. Michigan Avenue
Suite 3620
Chicago, Illinois  60611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael L. Greenwald
GREENWALD DAVIDSON PLLC
5550 Glades Road, Suite 500
Boca Raton, FL  33431
(561) 826-5477
mgreenwald@mgjdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **July 25, 2013**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts